UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ANNALISA VIEIRA, individually and on
behalf of her infant child A.V.,                      21-CV-648 (PAC)

                      Plaintiffs,

       -against-                                         **DISCOVERY ORDER**

ISAIAH HEADLEY, EDWIN IKENATA,
ALECIA BROWN-SMITH, REBECCA MARTINS,
DARIA DIETZ, PATRICIA McCOLLIN,
and CITY OF NEW YORK,

                      Defendants.
------------------------------------------------------------------X

      The Court having reviewed defendants' submissions dated October 15, 2021, and the parties having appeared before the Court, it is hereby:

      ORDERED that records submitted to this Court *ex parte* maintained by the New York City Administration for Children's Services concerning plaintiff Annalisa Vieira or infant plaintiff A.V. shall be disclosed by defendants directly to plaintiff, before the close of business on the day the Order is entered; and it is further

      ORDERED that defendants produce directly to plaintiff any and all other records maintained by the New York City Administration for Children's Services which concern plaintiff or infant plaintiff.

Dated: New York, New York
       _____, 2021

                                               _____
                                                     U. S. D. J.