UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNALISA VIEIRA, individually and on behalf of her infant child A.V.,

                Plaintiffs,

-v-

ISAIAH HEADLEY, et al.,

                Defendants.

CIVIL ACTION NO.: 21 Civ. 648 (PAC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discovery conference held today, November 30, 2021, the Court orders as follows:

1. By **December 3, 2021**, Defendants shall produce the field notes of Defendant Alecia Brown-Smith;

2. Defendants shall continue to search for and promptly produce documents responsive to Plaintiffs' discovery demands as discussed during the conference; and

3. A Telephone Conference is scheduled for **Tuesday, December 14, 2021 at 11:00 am** on the Court's conference line to discuss any remaining production issues. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. The Court will resolve Plaintiffs' letter-motion to compel (ECF No. 27) at that time.

Dated:     New York, New York
          November 30, 2021

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**