UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNALISA VIEIRA, individually and on behalf of her
infant child A.V.,

                            Plaintiffs,

   -v-

ISAIAH HEADLEY, et al.,

                            Defendants.

CIVIL ACTION NO.: 21 Civ. 648 (PAC) (SLC)

**<u>ORDER</u>**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discovery conference held today, December 14, 2021, the Court orders as follows:

1. By **December 17, 2021**, Defendants shall produce corrected copies of the two incomplete pages of Defendant Alecia Brown-Smith's field notes;

2. With respect to the policy documents that Defendants produced to Plaintiffs yesterday, Defendants shall promptly advise Plaintiffs of the specific documents request(s) to which each policy responds;

3. Defendants shall continue to search for and promptly produce documents responsive to Plaintiffs' discovery demands as discussed during the conference;

4. The briefing of Plaintiffs' motion to compel (the "Motion") concerning Defendants' privilege claims over the Administration for Children's Services Form "865D" that was completed with respect to Plaintiff A.V. (the "Form") shall proceed as follows:

    a. By **December 30, 2021**, Plaintiffs shall file the Motion;

b. By **January 7, 2022**, Defendants shall (i) file their opposition to Motion and (ii) email an unredacted copy of the Form to Chambers (Cave_NYSDChambers@nysd.uscourts.gov) for the Court's <u>in camera</u> review;

c. By **January 11, 2022**, Plaintiffs shall file their reply; and

5. A Telephone Conference is scheduled for **Friday, January 14, 2022 at 11:00 am** on the Court's conference line to discuss any remaining production issues and, if necessary, to establish the topics to be covered in any affidavit(s) from Defendants' records custodian(s). The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. The Court will resolve Plaintiffs' letter-motion to compel (ECF No. 27) at that time.

Dated:  New York, New York       SO ORDERED.
        December 14, 2021

_____
**SARAH L. CAVE**
**United States Magistrate Judge**