UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNALISA VIEIRA, individually and on behalf of her infant child A.V.,

                                  Plaintiffs,

-v-

ISAIAH HEADLEY, et al.,

                                  Defendants.

CIVIL ACTION NO.: 21 Civ. 648 (PAC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discovery conference held today, February 10, 2022, the Court orders as follows:

1. Defendants shall continue to search for and promptly produce documents responsive to Plaintiffs' discovery demands as discussed during the conference;

2. A Telephone Conference is scheduled for **Friday, February 25, 2022 at 10:00 am** on the Court's conference (the "February 25 Conference"). The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time; and

3. Pursuant to the parties' representations in their letters to the Court (ECF Nos. 55 at 1; 57 at 3) and at today's conference, to the extent Plaintiffs' pending motion to compel (ECF No. 42 (the "Motion")) sought to compel production of the unredacted Form 865D, it is DENIED AS MOOT. Plaintiffs' request in the Motion for an order directing Defendant Alecia Brown-Smith to answer questions at deposition regarding her communications with counsel remains pending. At today's conference, Defendants advised the Court that they are continuing to assess their position on this issue.

Accordingly, Plaintiffs' Motion is HELD IN ABEYANCE and will be addressed at the February 25 Conference.

Dated:    New York, New York
          February 10, 2022

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge