UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNALISA VIEIRA, individually and on behalf of her infant child A.V.,

               Plaintiffs,

-v-

ISAIAH HEADLEY, et al.,

               Defendants.

CIVIL ACTION NO.: 21 Civ. 648 (PAC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discovery conference held today, April 19, 2022, the Court orders as follows:

1. By **May 6, 2022**, the parties shall file a joint letter advising the Court of all depositions that have been completed, and providing the date(s) of any depositions that the parties have confirmed;

2. Defendants' requested extension of the discovery schedule is GRANTED IN PART and DENIED IN PART, and the discovery schedule is extended as follows:

   a. Fact discovery shall be completed by **May 27, 2022**;

   b. No further extensions of the fact discovery deadline will be granted;

   c. By **June 3, 2022**, the parties shall file a joint letter certifying the completion of fact discovery and advising whether either party intends to proceed with expert discovery (the "Letter");

   d. The expert discovery deadline is HELD IN ABEYANCE pending the Court's receipt of the Letter; and

3. A Telephone Conference is scheduled for **Wednesday, May 18, 2022 at 4:00 pm** on the Court's conference line.  The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

| | |
|---|---|
| Dated:    New York, New York<br>            April 19, 2022 | SO ORDERED.<br><br>_____<br>SARAH L. CAVE<br>**United States Magistrate Judge** |