UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNALISA VIEIRA, individually and on behalf of her infant child A.V.,

                Plaintiffs,

-v-

ISAIAH HEADLEY, et al.,

                Defendants.

CIVIL ACTION NO.: 21 Civ. 648 (PAC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court resolved telephonically a dispute that arose today, June 1, 2022, at the deposition of Defendant Patricia McCollin concerning inquiry into an event that occurred in October 2018. The Court ruled that Plaintiffs' counsel could ask the witness whether that event had any connection to the investigation relating to the infant Plaintiff in March 2018, and if not, then Plaintiffs' counsel could not ask further questions about the October 2018 event. The Court's full ruling is reflected in the transcript of the call made by the deposition court reporter.

Dated:       New York, New York
              June 1, 2022

                                                SO ORDERED.

                                                _____
                                                SARAH L. CAVE
                                                **United States Magistrate Judge**