UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANNALISA VIEIRA, individually and on behalf of her infant child A.V.,<br><br>                            Plaintiffs,<br><br>  -v-<br><br>ISAIAH HEADLEY, et al.,<br><br>                            Defendants. | CIVIL ACTION NO.: 21 Civ. 648 (PAC) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Defendants' request (ECF No. 69) for an extension of the fact discovery deadline is GRANTED, and the fact discovery deadline is HELD IN ABEYANCE pending the outcome of the June 30, 2022 Settlement Conference. The deposition of Plaintiff Annalisa Vieira shall proceed as scheduled on June 24, 2022. If the Settlement Conference is unsuccessful, the Court will either (i) set a deadline for completing the depositions of Defendants Isaiah Headley, Edwin Ikenata, and Rebecca Martins, or (ii) address Plaintiffs' request for entry of default against these Defendants.

Defendants' request to convert the format of the Settlement Conference is GRANTED. The Settlement Conference will take place in-person in Courtroom 18A, 500 Pearl Street, New York, New York. The parties shall submit a completed copy of the annexed Attendance Acknowledgement Form with the settlement submissions. Plaintiff A.V.'s attendance at the Settlement Conference is not required.

Dated:     New York, New York                    SO ORDERED.
            June 14, 2022

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

**ATTENDANCE ACKNOWLEDGMENT FORM**

**CASE NAME:** _____

**DOCKET NUMBER**: _____

I am or represent the   Plaintiffs ☐        Defendants ☐

☐   I acknowledge that I am attending a settlement conference in **Courtroom 18A at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007** on _____ at _____.

Please provide the name of any co-counsel who will attend the conference with you.
_____
_____
_____

☐   I acknowledge that my client, and any other relevant decisionmakers, will attend the settlement conference.

Please provide the name and title, if applicable, of the individuals who will attend:
_____
_____
_____

☐   I have obtained permission from the Court to allow the following individual(s) who live(s) more than 100 miles from New York City to participate in the conference by telephone.

Name and title:
_____
_____
_____

_____         _____
Signature                                                                           Date

_____
Name (print)