

| | **THE CITY OF NEW YORK** | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX** | **LAW DEPARTMENT** | **DAVID S. THAYER** |
| *Corporation Counsel* | 100 CHURCH STREET | *Assistant Corporation Counsel* |
| | NEW YORK, NY 10007 | t: (212) 356-2649 |

> Defendants' request (ECF No. 77) is GRANTED, and the telephone conference scheduled for September 20, 2022 is ADJOURNED to **Tuesday, October 4, 2022 at 12:00 pm**. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.
>
> The Clerk of Court is respectfully directed to close ECF No. 77.
>
> SO ORDERED      9/19/2022
>
> *Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge

*Via ECF*

The Honorable Sarah L. Cave
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

      **Re:  <u>Vieira, *et al.* v. Headley, *et al.*</u>, Case No. 21 CV 648 (PAC)(SLC)**

Dear Magistrate Judge Cave:

      I am an Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York, the Honorable Sylvia O. Hinds-Radix, attorney for the Defendants in the above-referenced action. With the consent of Plaintiffs' counsel, I write to respectfully request a 2-week adjournment, to October 4, 2022, or thereafter at the Court's convenience, of the conference currently scheduled for 12pm on September 20, 2022.

      With the loss of Ms. Singh's able attention to this matter (and the departure of others in the General Litigation Division), the Law Department does not presently have a counteroffer that it can make to Plaintiffs' demand vis-à-vis costs and attorneys' fees. Nevertheless, providing Plaintiffs with a counteroffer as soon as possible has been prioritized by myself and by the colleagues working with me on this action. To afford additional time for the Law Department to provide Plaintiffs with a counteroffer and to maximize the beneficial use of the Court's time at the next status conference, I therefore respectfully request a 2-week adjournment of the upcoming status conference.

      This is the Defendants' first request for an adjournment of the upcoming status conference. As noted above, the conference is currently scheduled for 12pm on September 20, 2022, and the requested adjournment would move this date to October 4, 2022. Plaintiffs' counsel has informed me that Plaintiffs "reluctantly consent" to this application.