UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANNALISA VIEIRA, individually and on behalf of her infant child A.V., <br><br> Plaintiffs, <br><br> -v- <br><br> ISAIAH HEADLEY, et al., <br><br> Defendants. | CIVIL ACTION NO.: 21 Civ. 648 (PAC) (SLC) <br><br> **ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

By **December 19, 2022**, the parties shall file their stipulation of discontinuance for the attention of the Honorable Paul A. Crotty.

Dated:   New York, New York
         December 5, 2022

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge